16326. AMERICAN SURETY COMPANY OF NEW YORK *v.* COUNTY OF BIBB, for use, etc.

BELL, J. This case is controlled by instructions to this court from the Supreme Court in response to questions certified herein. The superior court erred in allowing the petition to be amended and in not sustaining the general demurrer thereto. See 162 *Ga.* 388 (134 S. E. 100).
     *Judgment reversed.* *Jenkins, P. J., and Stephens, J., concur.*
          DECIDED SEPTEMBER 20, 1926.

Complaint on bond; from Bibb superior court—Judge Malcolm D. Jones. December 17, 1924.

*Robert W. Barnes,* for plaintiff in error.
*Jones, Park & Johnston,* contra.